UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERAY TIVAO,<br><br>            Plaintiff,<br><br>     v.<br><br>CREDIT COLLECTION SERVICES, INC.<br><br>            Defendant. | No.  2:14-cv-02476 MCE-CMK<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR A CONTINUANCE OF THE SETPEMBER 25, 2015 DISCOVERY CUTOFF** |

Having considered the  parties' Stipulation and Joint Request for a continuance of September 25, 2015 fact discovery cutoff date, the Court extends the date for completing fact discovery from September 25, 2015 to January 1, 2016.  Given the continuance, the parties' designation of expert witnesses is also extended from November 25, 2015 to January 30, 2016.  All other dates set forth in the March 24, 2015 Pretrial Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT