Todd M. Friedman (SBN 216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sheray Tivao,** | ) Case No.: 2:14-cv-02476-MCE-CMK |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **Credit Collection Services, Inc.,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 6th day of January, 2016.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorneys for Plaintiff

Filed electronically on this 6th day of January, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Morrison C. England, Jr.
United States District Court
Eastern District of California

Tamar Gabriel
Carlson & Messer LLP
Attorneys for Defendant

This 6th day of January, 2016.

s/Todd M. Friedman
Todd M. Friedman