# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERAY TIVAO,** | ) Case No. 2:14-cv-02476-MCE-CMK |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **CREDIT COLLECTION SERVICES, INC.,** | ) |
| Defendant. | ) |

Pursuant to the parties' signed stipulation (ECF No. 13), this action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT